THI NHO DANG (d/b/a "HAMIEW")

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

Civil Action No. 26-405

Hon. Miachael J. Truncale

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dang voluntarily dismisses, with prejudice, its claims against the following defendants:

| Defendant No. | Platform | Defendant Name | Merchant/Store ID |
|---|---|---|---|
| 1 | Amazon | A glittering shop | A21J0C89AM1BKN |
| 2 | Amazon | BeeDoo | A28XIF8HUW4XSH |
| 4 | Amazon | cowayking | ARMTMIRPBSSWJ |
| 7 | Amazon | fengzhiyue-store | A3N3ES4K6IJVVQ |
| 8 | Amazon | FRANIMO | A10Z6FZBAO3POH |
| 10 | Amazon | LAZTZQ | A1BJ17XMGHF4YN |
| 14 | Amazon | Moccool | A2LB6ATI4UV43H |
| 16 | Amazon | Panaii | AH3DV88U4CFT9 |
| 17 | Amazon | PromisingFuture | A24NB8L8XHWKY9 |
| 18 | Amazon | QING-L | A23M89PYZKNFAE |
| 21 | Amazon | zou-peng | AKUNNDTZ525DJ |
| 22 | Amazon | 安铝五金 | A3RC4DCQRGPXWP |
| 45 | Walmart | FENGQI Co.Ltd | 101658125 (Partner ID: 10001677476) |
| 53 | Walmart | Sumerjoy | 102840378 (Partner ID: 10002860055) |

Dated: May 16, 2026

Respectfully submitted:

By: /s/ Patrick M. Jones
    One of the attorneys for
    the Plaintiff

**PMJ PLLC**

1

Patrick M. Jones (IL #6271256)
1910 Pacific Ave.
Suite 2000-1066
Dallas, TX. 75201
Tel: (312) 404-3225

7508 South 76th Drive
Laveen, AZ. 85339

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: /s/ Patrick M. Jones

Amazon
Email: AmazonTROs@dwt.com

Walmart
Email: ipinvest@walmart.com

By: /s/ Patrick M. Jones