THI NHO DANG (d/b/a "HAMIEW")

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

Civil Action No. 26-405

Hon. Miachael J. Truncale

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dang voluntarily dismisses, with prejudice, its claims against the following defendants:

| Defendant No. | Platform | Defendant Name | Merchant/Store ID |
|---|---|---|---|
| 3 | Amazon | Brightnellyy | A1O5SI49EM8OHG |
| 5 | Amazon | demingzi | A3IWBRW8V3UYF9 |
| 12 | Amzon | LIYUNLIN-US | A3A9W99JNE0R6Q |
| 13 | Amazon | MapeloreCrafted | A2G9STIPK68M8Q |
| 20 | Amazon | FanKaGuoRe | A38ETFYU84VZ4F |
| 44 | Walmart | Cesh.U | 102592287 (Partner ID: 10002611669) |

Marketplaces eBay and TikTok are directed to serve a copy of this Notice of Voluntary Dismissal on the Defendants that Plaintiff has alleged use their platforms to sell infringing products as set forth in the attached Certificate of Service.

Dated: May 29, 2026

Respectfully submitted:

By: /s/ Patrick M. Jones
    One of the attorneys for
    the Plaintiff

**PMJ PLLC**

Patrick M. Jones (IL #6271256)
1910 Pacific Ave.

Suite 2000-1066
Dallas, TX. 75201
Tel: (312) 404-3225
Email: pmj@pmjpllc.com

and

7508 South 76th Drive
Laveen, AZ. 85339

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record, all Defendants for whom the Marketplaces have provided contact information, the Marketplaces that have not provided contact information for their customer-Defendants with a direction to forward the notice to their customer-Defendants, and the eBay and TikTok Defendants via the Marketplaces' internal messaging service including the following:

Amazon and Walmart Defendants (not previously dismissed)

| | | |
|---|---|---|
| 6 | Amazon | EXCOOL CLUB |
| 9 | Amazon | iovves LLC |
| 11 | Amazon | Li Yongchang |
| 15 | Amazon | Oilily-US |
| 19 | Amazon | WMDYFDC |
| 46 | Walmart | Gangzisheng Co., Ltd. |
| 47 | Walmart | GANSFU |
| 48 | Walmart | Hubinyu Co., Ltd. |
| 49 | Walmart | jinyoumao |
| 50 | Walmart | Koadzawe |
| 51 | Walmart | FENGGHAO |
| 52 | Walmart | RUNJIG-1 |
| 54 | Walmart | tianli |
| 55 | Walmart | VEFSU |
| 56 | Walmart | Ruilin Co., Ltd. |
| 57 | Walmart | xuxusheng |

TikTok Marketplace
e-commerce.ipnotice@bytedance.com

eBay Marketplace
Megan.Schmid@hklaw.com
abankson@ebay.com

eBay Defendants via platform's direct messaging

| | | |
|---|---|---|
| 23 | eBay | afodora67 (Urban Oak Market) |
| 24 | eBay | anbad-9397 (Andalus Market) |
| 25 | eBay | mi-833606 (Anne) |
| 26 | eBay | bluemer0 (Blue Mercury Store) |
| 27 | eBay | bravurstore (Bravur Marketplace) |
| 28 | eBay | selectivesales123 (selectivesales123) |
| 29 | eBay | shippedbysuzie (shippedbysuzie) |
| 30 | eBay | smartexpressstore (Smart Express Official) |
| 31 | eBay | westcoastresellusa (WestCoastHeaven) |
| 32 | eBay | it9382 (YoshiroStore) |

TikTok Defendants via Marketplaces' messaging function

| | | |
|---|---|---|
| 33 | TikTokShop | Chiqian Shop |
| 34 | TikTokShop | daalang shop |
| 35 | TikTokShop | Fenpy Shop |
| 36 | TikTokShop | Furry Tails |
| 37 | TikTokShop | HATONE INC |
| 38 | TikTokShop | Healthy Store |
| 39 | TikTokShop | jingyingkeji shop |
| 40 | TikTokShop | Kanngsheng Shop |
| 41 | TikTokShop | Luminousland |
| 42 | TikTokShop | Xiinfu Shop |
| 43 | TikTokShop | YOZY STORE |

By: /s/ Patrick M. Jones