UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THI NHO DANG (d/b/a "HAMIEW"), | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 4:26-CV-00405 |
| THE INDIVIDUALS, PARTNERSHIPS | § | JUDGE MICHAEL J. TRUNCALE |
| AND UNINCORPORATED | § | |
| ASSOCIATIONS IDENTIFIED ON | § | |
| SCHEDULE A, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANT HATONE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DKT. 64**

Before the Court is Defendant HATONE, Inc. ("HATONE")'s Unopposed Motion to Extend Time to Respond to Dkt. 64. [Dkt. 66]. On September 14, 2026, Plaintiff filed his Motion for Judgment on the Pleadings Against HATONE, Inc. [Dkt. 64]. HATONE files the present motion seeking an extension until October 5, 2026 to respond to Plaintiff's motion. After considering HATONE's unopposed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendant HATONE, Inc.'s Unopposed Motion to Extend Time to Respond to Dkt. 64 [Dkt. 66] is hereby **GRANTED**. HATONE's deadline to respond to Plaintiff's Motion for Judgment on the Pleadings [Dkt. 64] is now **October 5, 2026**.

**SIGNED this 29th day of September, 2026.**

Michael J. Truncale
United States District Judge